IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

      v.          CASE NO. 4:26-mj-2 (AGH)

JAMES A. WADDELL

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (RECKLESS CONDUCT)

That on or about June 30, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **JAMES A. WADDELL** did unlawfully endanger the bodily safety of another person by consciously disregarding a substantial and unjustifiable risk that his act or omission will cause harm; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 16-5-60(b).

## COUNT TWO
### (INTERFERENCE WITH DRIVER OPERATIONS OF A MOTOR VEHICLE)
### VIOLATION NO. E2535407

That on or about June 30, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **JAMES A. WADDELL** did grab the steering wheel of a moving motor vehicle interfering with the driver's operation of such motor vehicle; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-242.

## COUNT THREE
### (OBSTRUCTING OR HINDERING PERSONS MAKING EMERGENCY TELEPHONE CALLS)

That on or about June 30, 2025, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Benning, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **JAMES A. WADDELL** did physically obstruct another person from completing a 9-1-1 telephone call to request police protection or to report the commission of a crime; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 16-10-24.3.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

/s/ Thomas J. Stackhouse
Thomas J. Stackhouse
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Benning, Georgia, 31905
Phone: 706-325-7864
thomas.j.stackhouse4.mil@army.mil